Order entered October 18, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00595-CV

### BILLY AND CANDACE SCHOPPE, Appellants

### V.

### DEUTSCHE BANK NATIONAL TRUST COMPANY, ET AL., Appellees

**On Appeal from the 192nd District Court
Dallas County, Texas
Trial Court Cause No. DC-09-10731**

## ORDER

The Court has before it appellants' October 15, 2012 unopposed motion to extend deadline to file reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply be filed by October 30, 2012.



MOLLY FRANCIS
JUSTICE